

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL   212 • 309 • 1000
FAX   212 • 309 • 1100

ROLAND M. JUAREZ
DIRECT DIAL: 213 • 532 • 2020
EMAIL: rjuarez@hunton.com

June 4, 2020

**VIA CM/ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Suris v. Verizon Media, Inc.*, Case No. 1:20-cv-01549-BMC

Dear Judge Cogan:

We are counsel to Defendant Verizon Media, Inc.

On behalf of both parties, I am pleased to report that the parties have reached a settlement in principle in this matter.  Therefore, the parties request that the court discontinue the action without costs to either of them, and without prejudice to restoring the action to this Court's calendar if the application to restore is made within 30 days of the Court's order of discontinuance.

Thank you for your consideration in this matter.


Respectfully submitted,

*/s/ Roland Juarez*
Roland Juarez, Esq.

Cc: Mitchell Segal, Esq. (*via CM/ECF and Regular Mail*)